[No. 12062–0–I.   Division One.   December 24, 1984.]

PEARL B. NELSON, *Respondent,* v. ROBERT B. BOERNER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 41148, Harry A. Follman, J., entered July 2, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Swanson, J.

[No. 12237–1–I.   Division One.   December 24, 1984.]

DANIEL A. MATERA, *Appellant,* v. INDUSTRIAL INDEMNITY COMPANY OF THE NORTHWEST, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–01408–7, Lloyd W. Bever, J., entered September 8, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Scholfield, JJ.

[No. 13701–8–I.   Division One.   December 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUEL D. MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–01077–9, Warren Chan, J., entered August 10, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Scholfield, JJ.